

Two Securities Centre ■ 3500 Piedmont Road N.E. ■ Suite 320
Atlanta, Georgia  30305
P. 404-892-1991 ■ F. 404-892-8180

Jerald R. Hanks                                                                              Writer's Direct Dial: 404-892-1951
                                                                                             Email: jrhanks@hanksbrookes.com

January 7, 2015

**VIA ELECTRONIC FILING SYSTEM**

Ms. Holly R. McCarra, Arbitration Clerk
United States District Court
Middle District of Georgia – Athens Division
475 Mulberry Street
P.O. Box 128
Macon, Georgia  31201-0128

      **Re:**    **Torrie A. Williamson v. Walmart Stores.,**
            U.S. District Court – Middle District of Georgia – Athens Division
            Civil Action File No. 3:14-CV-97(CDL)

Dear Ms. McCarra:

This firm represents Home Depot U.S.A., Inc., a defendant in the above-styled action.

Please allow this letter serve as notice of Home Depot U.S.A., Inc.'s desire to withdraw from arbitration.

Thank you for your consideration.

                                                      Sincerely,

                                                      */s/ Jerald R. Hanks*

                                                      _____
                                                      Jerald R. Hanks
                                                      **HANKS BROOKES, LLC**

JRH/sas

cc:    Laura J. French, Esq.
        Jeffrey S. Ward, Esq.
        David I. Matthews, Esq.
        John Michael Hawkins, Esq.
        Michael C. Kendall, Esq.

January 7, 2015
Page 2 of 2