IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TORRIE A. WILLIAMSON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC.;<br>WALMART STORES EAST, LP;<br>and JOHN DOE<br>CORPORATIONS 1-5,<br><br>Defendants. | Civil Action File No. 3:14-CV-97-CDL |

**STIPULATION OF DISMISSAL**

COME NOW TORRIE A. WILLIAMSON, WALMART STORES, INC. and WALMART STORES EAST, LP, Plaintiff and Defendants in the above-styled action, and pursuant to Rule 41(a)(1)(A)(ii), file this their voluntary stipulation of dismissal and do hereby dismiss all of the claims in this pending action with prejudice, and the Clerk is directed to enter upon the dockets and records of the Court that the case has been "dismissed with prejudice," with all costs and fees to be borne by the respective parties.

So stipulated, this 29th day of August, 2016.

*/s/ Michael C. Kendall*
Michael C. Kendall
Georgia Bar No. 414030
Samantha R. Mandell
Georgia Bar No. 141689
KENDALL LAW GROUP, LLC
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone: (770) 577-3559
Facsimile: (770) 577-8113
mckendall@kendall-lawgroup.com
srmandell@kendall-lawgroup.com
ATTORNEYS FOR PLAINTIFF

*/s/ Jeffrey S. Ward, signed with express permission by Michael C. Kendall*
Jeffrey S. Ward
Georgia Bar No. 737277
Garrett W. Meader
Georgia Bar No. 142402
DREW, ECKL & FARNHAM
777 Gloucester St., Ste. 305
Brunswick, Georgia 31520
Telephone: (912) 280-9662
jward@deflaw.com
gmeader@deflaw.com
ATTORNEYS FOR DEFENDANTS
WALMART STORES, INC.; and
WALMART STORES EAST, LP

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TORRIE A. WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. 3:14-CV-97-CDL |
| | ) | |
| | ) | |
| WALMART STORES, INC.; | ) | |
| WALMART STORES EAST, LP; | ) | |
| and JOHN DOE | ) | |
| CORPORATIONS 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL** by electronically filing the same with the Court via the CM/ECF system, with the Clerk of Court providing notice to the following counsel of record:

Hall F. McKinley, III, Esq.
Michael L. Miller, Esq.
DREW ECKL & FARNHAM
880 W. Peachtree Street, NW
Atlanta, Georgia 30357-0600

Jeffrey S. Ward, Esq.
Garrett W. Meader, Esq.
DREW ECKL & FARNHAM
777 Gloucester St., Ste. 204
Brunswick, Georgia 31520

This 29th day of August, 2016.

/s/ Michael C. Kendall
Michael C. Kendall